```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BECKLEY
```

**UNITED STATES OF AMERICA**

v.                                              **CRIMINAL NO. 5:03-00293**

**LARRY FOWLER**

## MEMORANDUM OPINION AND ORDER

Pending before the court is Larry Fowler's Letter-Form Motion to Relieve Defendant from Participating in the Financial Responsibility Program. (Doc. No. 100.) Defendant requests that this court suspend any further participation in the Financial Responsibility Program until his release from prison. (Id.) Finding it proper to do so, this court **DENIES** defendant's motion.

While incarcerated defendant is required to pay equal quarterly installments of $25.00, as originally stated in the Criminal Judgment Order issued by this court on November 14, 2005. (Doc. No. 99 at 7.)

The Clerk is directed to send a copy of this Order to all counsel of record, the defendant *pro se*, the United States Probation Office, and the Federal Bureau of Prisons.

It is **SO ORDERED** this 27th day of December, 2007

                                 ENTER:

                                 David A. Faber
                                 United States District Judge